

1983
Form 1

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
(Formulario que utilizarán los reclusos para radicar una demanda)

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983
(de acuerdo con la Ley de Derechos Civiles 42 U.S.C. Sec. 1983)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María Judith Díaz Castro

Enter above the full name of plaintiff
(Escriba arriba el nombre completo del demandante)

v. Lcdo. Luis E. Huertas Soto
Lcdo. Hilberto González Barreto
Lcda. Ivette Aponte Nogueras
Estado Libre Asociado de P.R.
Lcdo. Albert Prado Bou

Enter above the full name of defendant(s)
(Escriba arriba el nombre completo de el(los) demandado(s))

I. Previous lawsuits
   (Pleitos radicados anteriormente)

   A. Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

      (¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?)

      (✓) Yes          ( ) No
          (Sí)            (No)

   B. If your answer to A is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

      (Si la contestación a la pregunta A es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, describalos en otro papel utilizando el mismo modelo.)

- AL DORSO -

1983
Page -2-

1. Parties to this previous lawsuit:
   (Partes en el pleito anterior)

   Plaintiff(s)
   (Demandante(s)): _Maria Judith Díaz Castro_
   _Edwin Díaz Castro_
   _David Díaz Castro_

   Defendant(s)
   (Demandado(s)): _Estado Libre Asociado de P.R_
   _Lcdo. Luis E. Huertas Soto_
   _Lcdo. Gilberto González Barreto_
   _Lcda. Ivette Aponte Nogueras_
   _Lcdo. Alberi Prado Bou._

2. Court, if federal court, name the district, if state court, name the county:

   (Tribunal, si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala:) _Una carta y una moción a este Hon Tribunal_
   _Federal_
   _Tribunal Superior de Humacao carta._

3. Docket number:
   (Número asignado:) _Al enviar moción mi hermano David Díaz_
   _Castro Me enviaron Completara este formulario_
   _Se relaciona al mismo asunto._

4. Name of judge to whom the case is assigned:
   (Nombre del juez a quien le asignó el caso:)
   _N/A_

5. Disposition, for example: Was the case dismissed? Was it appealed? Is it still pending?

   (Disposición, por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?
   _Se encuentra aún pendiente_

6. Approximate date of filing lawsuit:
   (Fecha aproximada en que se radicó el pleito:)
   _Nov 6 carta_          _2 Enero 07 Moción_

7. Approximate date of disposition:
   (Fecha aproximada en que se resolvió el pleito:)
   _N/A_

- AL DORSO -

1983
Page -3-

II. Place of present confinement:
   (Lugar actual de reclusión:)

   A. Is there a prisoner's grievance procedure in the institution?
      (¿Existe un procedimiento de quejas y agravios para prisioneros en dicha institución?)

      (✓) Yes           ( ) No
         (Sí)              (No)

   B. Did you present the facts relating to your complaint in the state prisoner's grievance procedure?
      (¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para prisioneros?)

      ( ) Yes           (✓) No
         (Sí)              (No)

   C. If your answer is Yes,
      (Si su contestación es afirmativa,)

      1. What steps did you take?
         (¿Qué medidas tomó usted?)

         N/A

      2. What was the result?
         (¿Cuál fue el resultado?)

         N/A

   D. If your answer is No, explain why not.
      (Si su contestación es No, explique por qué.)

      Porque no tengo conocimiento del asunto; si es un asunto legal en contra de los abogados no es necesario hacer quejas y agravios

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
      (Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?)

      (✓) Yes           ( ) No
         (Sí)              (No)

- AL DORSO -

1983
Page -4-

    F.   If your answer is Yes,
       (Si su contestación es afirmativa:)

        1.  What steps did you take?
           (¿Qué medidas tomó usted?) *No utilize Quejas y Agravios pero si le notifique de lo sucedido en mi caso a mi Socio Penal la Sra. Doida Rivera Negrón*

        2.  What was the result?
           (¿Cuál fue el resultado?) *Ninguno*

III. Parties
    (Partes)

In item A below place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

(Bajo la letra A escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, ponga la misma información.)

    A.  Name of plaintiff:
       (Nombre del demandante) *María Judith Díaz Castro*

       Address
       (Dirección) *EIPM (max II B 079) Box 1079 Vega Alta, P.R. 00692*

*Pro SE*

In item B below place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendant.

(Bajo la letra B escriba en la primera línea el nombre completo del demandado, en la segunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otros demandados.)

- AL DORSO -

1983
Page -5-

  B. Defendant
   (Demandado)

1- Estado Libre Asociado de P.R.
2- Ledo. Luis Huertas Soto
P.O Box 12042, San Juan P.R. 00914

   is employed as
   (está empleado como:) Abogado Privado

   at
   (en)

  C. Additional defendants:
   (Otros demandados)

3- Ledo. Gilberto Gonzalez Barreto
Abogado Privado
P.O Box 3353 Bayamon P.R. 00958

IV. Statement of claim:
  (Relación de hechos:)

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheet if necessary.

(Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.

1) El Pueblo de Puerto Rico desapareció un expediente (Prueba Exculpatoria)
2) El Ledo. Luis Huertas Soto fue el abogado que vió la vista Preliminar y el Juicio en su fondo. El Ledo. Gilberto Gonzalez Barreto entró en el caso cuando se estaba desfilando la prueba de cargo, los 2 actuaron de manera inadecuada y abandonaron el caso. Durante el Juicio hubo un policia testigo del caso el cual declaró bajo juramento que hubo un menor de edad el cual era yerno de la victima Julio Lugando Carmona →

- AL DORSO -

4- Ivette Aponte Nogueras
5- Alberic Prado Bou     esposos
   Abogado Privados
   P.M.B 33 9-200 Avenida Rafael Cordero
   Suite 140
   Caguas, P.R. 00725-3757
   Tel  469 2973
        286-9040

IV cont. Relación de hechos

"... que lo estaba acompañando el día 7 de abril 99. Este menor hoy día mayor de edad es testigo Ocular de los hechos. Y el Policía sabe donde vive porque lo entrevisto también en el cuartel junto con su padrastro. El Juez No permitió que dijera su nombre el agente. Que le dió conocimiento de su investigación al Fiscal (Ministerio Público), a los Agentes, tanto al Fiscal Rubio Paredes y Fiscal de Distrito Emilio Arill. Que este menor (99)(hoy mayor) tiene conocimiento de las personas que dieron muerte y la motivación que no conecta a los acusado con la comisión de este delito (Prueba Exculpatoria). El Policía declaró sobre el mismo y los fiscales Luis Ríos Díaz / deibany lamich del Toro y Luis Navas de León,— junto a los abogados Luis Huertas Soto y Kilberto Konzales Barreto se acercaron al estrado y dialogaron con el Juez Carlos Cabán García y no dijeron nada ni objetaron. El testimonio del Agente Hector Figueroa Torres →

es pieza clave que pudo cambiar el resultado de esta caso. "Por favor creo en la Justicia". Existen testigos disponibles para declarar.

3. Los Abogados Ivette Aponte Nogueras y Albert Prado Bou se contrataron para buscar nueva evidencia y presentar bajo la Regla 192.1 Nuevos testigos que están disponibles y no lo interrogaron asumiendo que no aportaban nada sin dialogar personalmente con todos ellos. y por cuenta propia presentaron unas apelaciones las cuales fueron denegadas y confirmadas la sentencia. Tampoco en la Apelación no presentaron ni argumentaron sobre la indefensión que hubo de parte de los abogados Luis y Gilberto actuaron de forma inadecuada.

1983
Page -6-

V.  Relief
    (Remedio)

State briefly exactly what you want the court to do for you.
Make no legal arguments. Cite no cases or statutes.

(Indique brevemente lo que usted espera que el Tribunal haga
por usted. No escriba argumentos legales ni cite precedentes
ni estatutos.)

(1) Se Súplica! que se investigue este caso detalladamente a profundidad. Que Por Favor se haga Justicia que la verdad salga a relusir (2) Que se entreviste al Policía Testigo Hector Figueroa Torres el sabe la verdad de los hechos, conoce donde vive el Menor que hoy día es Mayor de edad y lo entrevistó personalmente en su casa y en el cuartel (3) Que Aparezca el expediente desaparecido de este Agente "todo" (4) Además existen muchos testigos dispuestos a declarar que se Me otorgue la oportunidad que se me haga Justicia.

Signed this __29__ day of __Junio__ of 19__2007__.
(Firmado hoy          del mes de                  de 19      )

_____María J. Díaz Castro_____
            Plaintiff's signature
          (Firma del demandante)

I declare under penalty of perjury that the foregoing is true
and correct.

(Declaro bajo pena de perjurio que lo anterior es cierto y
correcto.)

__29 Junio/2007__            __María J. Díaz Castro__
      Date                     Plaintiff's signature
    (Fecha)                   (Firma del demandante)

- AL DORSO -

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

v.

MOTION TO PROCEED IN FORMA PAUPERIS
(Moción para Proceder en forma de Pobre)

I, the above-named petitioner declare under penalty of perjury that I am the petitioner in the above-entitled proceeding; that I am unable to pay the costs of said proceeding or give security thereof; that I believe I am entitled to redress; and that I believe I have a meritorious case.

(Yo, el peticionario de epígrafe, declaro bajo pena de perjurio que soy el peticionario en el caso antes mencionado; que no puedo pagar los costos de dicho procedimiento ni ofrecer garantía sobre el mismo; que considero tener derecho a un remedio y creo tener argumentos válidos.)

Wherefore, I hereby request to be allowed to proceed in forma pauperis, without prepayment of fees, costs or security thereof.

(POR TODO LO CUAL solicito se me permita proceder en forma de pobre, sin pago anticipado de cuotas, gastos o garantía de ellos.)

Date: _29 Junio 2007_         _María D. Díaz Castro_
(Fecha:)                       Petitioner - Peticionario

---

O R D E R

This motion is hereby _____.

At San Juan, Puerto Rico, this ____ day of _____ of 19___.

UNITED STATES DISTRICT JUDGE

P1

Estado Libre Asociado de Puerto Rico
Tribunal de Primera Instancia
Sala de Humacao

María Judith Díaz Castro
David Díaz Castro
Edwin Díaz Castro

  -v-

Estado Libre Asociado de P.R.
Lcdo. Luis Huertas Soto
Lcdo. Gilberto Gonzalez Barreto
Lcda. Ivette Aponte Nogueras
Lcdo. Alberi Prado Boú

Caso Núm HSCR 200201946 y otros

Sobre Daños y Prejuicios
Omisión, Mala Practica
violación derechos civiles
Angustias Mentales.

RECEIVED AND FILED
2007 JUL 12 PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

—Demanda—

Complaint.

Al Honorable Tribunal Federal

Moción

Comparece el demandante de Epigrafe Prose en forma Pauperis y muy respetuosamente expone alega y solicita

Exposición

A) La base Jurisdicional para este Honorable Tribunal presidir el presente recurso-

B) El Artículo 1802 del Código Civil de Puerto Rico, 31 L.PRA Sección 5141 el que por acción y omisión causa daño a otro interviniendo culpa o negligencia

p2.

Esta obligado a reparar el daño causado.

Clerks Office
United States District Court
Room 150 Federal Bldg
San Juan P.R. 00918 1767

Complaint

Testigo de Fiscalia Sharon Placerez Saenz
Testigo de Fiscalia Yahaira Soto Soto
El fiscal Sergio Rubio Paredes fabricó este caso y desapareció un expediente de una Investigación del Agente Hector Figueroa Torres.

Personas que estuvieron en la Gallera de Naguabo el dia 7 de abril del 1999 para que por favor Investigue

Telefono de la Gallera de Naguabo 874-3800
939-630-8171

1- Harry Peña Maldonado

2- Harry Ocasio Enriquez
P.O Box 365 Naguabo P.R. 00718

3- Roberto Escudero
Avenida Font. Martelo 326
Humacao P.R. 00791
Tel 949-6616

4- William Carmona Agosto
   HC 15 Box 16094 Humacao P.R 00791
   Tel: 850-4157

5. Arberto Gonzales Santiago
   P.O Box 55 Humacao P.R 00792
   Tel: 852 0074

6. Henry Sanchez Diaz
   HC-02 Box 7474
   Barrio Montones 3
   Las Piedras P.R. 00771

7. Maria Diaz Castro
   HC 15 Box 16094 Humacao, P.R 00791

8- Juan Lukis Rosario
   HC 05 Box 4813
   Ceiba Azul Las Piedras
   P.R 00771

9- Victor Roman
   HC 02 Box 7404 Las Piedras P.R 00771

10- Angelo (amigo de Sharon Placerez Saenz
    y Yahaira Soto Soto
    Tel 638-3957

P4

11- Henry Sanchez Diaz y Foso Rosario Lebron (HC-02 Box 7415 Barrio Montones #3 Las Piedras P.R. 00771)
Alex Placeres Saenz
Javier Placeres Saenz } Hermanos de Sharon

HC-01 Box 7313 Las Piedras P.R. 00771
Estaban en la Gallera

a. Que se suplica que por favor se investigue este caso detalladamente a profundidad. Se entreviste al Policia testigo Hector Figueroa Torres ya que el sabe la verdad de los hechos, conoce donde vive el menor y lo entrevistó personalmente en su casa. Aqui se le hace llegar estas direcciones para que por favor el Tribunal Federal investigue estos testigos. Que estan dispuestos a declarar la verdad. Este testigo hoy dia (menor) es Mayor de edad. Que aparezca el expediente desaparecido (todo)

Tribunal de Humacao
   P.O Box 885 Humacao P.R. 00792

Ledo Luis Huertas Soto
   P.O. Box 12042 San Juan P.R. 00914
Ledo. Gilberto Gonzales Garreto
   P.O Box 3553 Bayamon Gardens
   Bayamon P.R. 00958
Lcda. Ivette Aponte Nogueras } esposos
Ledo. Aberi Prado Bou
   PMB 339-200 Avenida Rafael Cordero Suite 140
   Caguas P.R. 00725-3757.

**42** EL NUEVO DIA - VIERNES 9 DE ABRIL DE 1999

MUERTES Y HOMICIDIOS

# Matan a dos hombres en gallera de Naguabo

Por BIBIANA FERRAIUOLI SUAREZ
DE EL NUEVO DIA

JUSTO CUANDO se efectuaba la última pelea de gallos de la noche del miércoles en el torneo del Club Gallístico de Oriente en Naguabo, dos hombres abrieron fuego y mataron a dos aficionados de este deporte que estaban sentados en las gradas, informó ayer la Policía.

Una de las víctimas, identificada como Efraín Peña Dieppa, de 23 años, alegadamente era buscado por los delincuentes "por venganza", según el sargento Julio Sánchez Rodríguez, director de la División de Homicidios de Humacao.

Sánchez Rodríguez indicó que el joven -conocido como "Pito Bracer"- estaba "bajo fianza por haber asesinado, en unión a otros, a Juan Antonio Peña González en el barrio Montones en Las Piedras el 2 de julio de 1998".

Agregó que contra Peña Dieppa también había cargos por tentativa de asesinato, porque en la referida fecha resultó herida de bala Arleen Lebrón Mujica, quien quedó parapléjica.

EL DIRECTOR de Homicidios dijo además que hace dos semanas uno de los jóvenes que alegadamente cometió el asesinato con "Pito Bracer" fue ultimado a tiros en el sector Cinco Cuerdas, jurisdicción de San Lorenzo.

Este fue identificado como Mamfre Hernández. "El móvil de estos asesinatos aparenta ser rencillas por trasiego de drogas o de armas. Parece que están buscando, uno a uno, a los del grupo del asesinato del barrio Montones", dijo Sánchez Rodríguez.

Sin embargo, los pistoleros que irrumpieron el miércoles en la noche en la gallera, con el supuesto objetivo de matar a Peña Dieppa, asesinaron a un comerciante que no tenía vínculo con el mundo delictivo.

El comerciante Julio Luyanda, de [?] años, según el sargento, estaba senta[do] al lado de Peña Dieppa y recibió cuat[ro] impactos de bala que le ocasionaron [la] muerte.

"Luyanda es una víctima inocente q[ue] frecuentaba mucho la gallera porq[ue] tenía gallos. Por suerte, era la últi[ma] pelea y quedaban pocas personas. [Si] ocurre una hora antes, matan a vario[s]", dijo Sánchez Rodríguez.

INDICO QUE a pesar de que hab[ía] testigos en y fuera de la gallera, "na[die] vio nada".

Ayer la Policía trataba de identifica[r el] carro en el que huyeron los dos pist[ole]ros.

Respecto a la seguridad en las galle[ras] Sánchez Rodríguez dijo que el Club [Ga]llístico del Oriente tiene acceso con[tro]lado.

Pero como se trataba de la última p[elea] del día "no había control en la entr[ada]. La puerta estaba abierta".

El agente exhortó a los dueños de [ga]lleras a contratar guardias de seguri[dad] privados para los torneos y otras ac[tivi]dades especiales.

## Menos asesinatos que el

---

CENTRO ANDALUZ EN PUERTO RICO
JUNTA DE ANDALUCIA

FERIA DE ANDALUCIA EN SAN JUAN

ARSENAL DE
LA MARINA
La Puntilla
Viejo San Juan

Domingo 18 de abril de 1999
Desde las 12 del mediodía